JUDGE FRANK MONTALVO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: §
§   EP19MC0205
AJAY KUMAR §   CIVIL No.
§

## ORDER

The Court, having considered the United States' Ex Parte Motion for Order to Seal in the above entitled and numbered cause, finds the following:

"There is a general, common law right to inspect and copy public records and documents, including judicial records and documents, but this right is not absolute." *United States v. Sealed Search Warrants*, 868 F.3d 385, 391 (5th Cir. 2017) (citing *Nixon v. Warner Commc'ns*, 435 U.S. 589, 597-99 (1978). In the instant matter, the Court has balanced that right against the interests favoring nondisclosure-specifically regulations requiring the protection of the personal privacy of individuals.

Therefore, it is ORDERED that the United States' Motion should be and is hereby GRANTED.

FURTHER, it is ORDERED that the United States District Clerk shall seal from public scrutiny the United States' Emergency Ex Parte Motion for Order of Authorization to Provide Non-Consensual Medical Examination and Non-Consensual Hydration and Order.

**SO ORDERED.**

SIGNED on this the 24 day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE