UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

FILED
2019 JUL 26 AM 10: 17

IN RE:

AJAY KUMAR.

§
§
§
§
§

3:19-MC-00205-FM
*UNDER SEAL*

## ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL

Before the court is a request for appointment of a federal public defender in the above-captioned cause. Pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A(a), a court may appoint counsel in limited circumstances.[1] The purpose of the CJA is to help protect the rights of indigent criminal defendants by ensuring they have adequate legal representation.

Plaintiff is not an indigent criminal defendant and thus does not qualify for the appointment of counsel. Accordingly, the court must deny the request for appointment of counsel.

Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that the request for appointment of counsel is **DENIED**.

2. The Clerk of the Court is **INSTRUCTED** to send via email a true and correct copy of this order to Linda Corchado, Esq. at lindacorchado@las-americas.org.

**SO ORDERED.**

SIGNED this _26_ day of **July, 2019**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] 18 U.S.C. § 3006A(a)

1