## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DIVISION

IN RE: §
§       **EP-19-MC-00205**
§
AJAY KUMAR §

## ORDER

Before the court is "Motion to Unseal for Limited Purpose" [ECF No. 7], filed July 31,

2019. Therein, the United States requests the court unseal the instant case for the limited

purposes of authorizing the United States to provide copies of documents that have been filed to

date to the American Civil Liberties Union of Texas ("Texas ACLU").[1] The Texas ACLU seeks

these previously filed documents so it may determine whether it will represent Mr. Kumar in this

matter.[2]

"There is a general, common law right to inspect and copy public records and documents,

including judicial records and documents, but this right is not absolute."[3] In the instant matter,

the court has balanced that right against the interests favoring nondisclosure—specifically

regulations requiring the protection of the personal privacy of individuals.

Accordingly, the court enters the following orders:

1.      It is **HEREBY ORDERED** that "Motion to Unseal for Limited Purpose" [ECF No. 7] is hereby **GRANTED**.

2.      It is **FURTHER ORDERED** that the United States be authorized to provide all documents that have been filed to date in the above entitled and number cause to the American Civil Liberties Union Foundation of Texas. The Texas ACLU receives these filings for the sole purpose of deciding whether to represent Mr. Kumar.

---

[1] "Motion to Unseal for Limited Purpose" 1, ECF No. 7, filed July 31, 2019.

[2] *Id.*

[3] *United States v. Sealed Search Warrants*, 868 F.3d 385, 391 (5th Cir. 2017) (citing *Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 – 99 (1978).

1

3.    It is **FURTHER ORDERED** that the Texas ACLU shall not disclose such filings or any information contained within them.

The court's order sealing the instant matter remains in full force and effect for all other purposes. The parties must seek appropriate leave for any future disclosures.

**SO ORDERED**.

**SIGNED** this _2_ day of **August, 2019**.

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**