AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| In Re: Ajay Kumar )<br>*Plaintiff* )<br>v. )<br> )<br>*Defendant* ) | Case No. 19-MC-0205 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ajay Kumar (*undersigned counsel's appearance is limited to filing a motion to appoint counsel)

Date: 08/05/2019

*Attorney's signature*

Thomas Buser-Clancy, TX Bar No. 24078344
*Printed name and bar number*

ACLU Foundation of Texas
5225 Katy Freeway, Suite 350
Houston, TX 77007
*Address*

tbuser-clancy@aclutx.org
*E-mail address*

(713) 942-8146
*Telephone number*

(915) 642-6752
*FAX number*