IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| AJAY KUMAR | § | EP-19-MC-00205-FM |
| | § | **FILED UNDER SEAL** |
| | § | |

## ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Movant, THE UNITED STATES OF AMERICA, ("USA"), by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court in the above-entitled and numbered cause, and would respectfully show the Court the following:

1. On August 13, 2019, the Court appointed Attorneys Lynn Coyle and Christopher Benoit to represent Respondent "for the limited purpose of conducting an interview and representing Respondent in a hearing as to the appropriateness of non-consensual medical examination and non-consensual hydration." Doc. No. 11 (under seal).

2. On August 14, 2019, the United States filed a Supplemental Emergency Motion for Order of Authorization (under seal) seeking a supplemental order authorizing the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), to perform laboratory tests and physical evaluations, to non-consensually hydrate in the form of IV fluids, and for the nasogastric tube placement with necessary enteral feedings as needed to Ajay Kumar ("Detainee").

3. As of this filing, the undersigned counsel is not aware that a hearing has been scheduled, but files this Advisory in an abundance of caution to advise the Court that the ICE

medical provider would be unavailable for a hearing on Thursday, August 15, 2019. The United States would respectfully request that any hearing be scheduled for Friday, August 16, 2019, in order to ensure everyone's presence at said hearing.

4. The undersigned counsel has conferred with Ms. Coyle, and she has advised that Mr. Benoit would be available for a hearing on Friday, August 16, 2019, up until 2:00 p.m.

5. Additionally, the undersigned counsel has confirmed that both Ms. Coyle and Mr. Benoit would be available for a hearing on Monday, August 19, 2019, should the Court schedule it then.

Respectfully submitted,

**JOHN F. BASH**
UNITED STATES ATTORNEY

**ANGELICA A. SAENZ**
Assistant United States Attorney
Texas State Bar No. 24046785
Email: Angelica.Saenz@usdoj.gov
**MANUEL ROMERO**
Assistant United States Attorney
Texas State Bar No. 24041817
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6884
Facsimile: (915) 534-3490
Email: Manuel.Romero@usdoj.gov
*Attorneys for United States*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2019, a true and correct copy of the foregoing document was traditionally filed with the Clerk of the Court and a true and correct copy of the foregoing document was served via encrypted email to: Lynn Coyle, lynn@coylefirm.com and Christopher Benoit, chris@coylefirm.com; Law Office of Lynn Coyle, P.L.L.C., *Attorneys for Respondent.*

ANGELICA A. SAENZ
Assistant United States Attorney