UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: Ajay Kumar | § § § § § | CIVIL NO:<br>EP:19-MC-00205-FM |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Monday, August 19, 2019 at 01:30 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 14th day of August, 2019.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE