UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | EP-19-MC-00205-FM |
| AJAY KUMAR | § | |

### ORDER REMOVING COUNSEL AND TO FILE ATTORNEY'S FEES VOUCHER

On this day the court considered the status of the above-captioned cause. On September 12, 2019, the court entered "Memorandum Opinion and Order on Supplemental Emergency Motion for Authorization for Non-Consensual Feeding" [ECF No. 32].[1] Therein, the court addressed arguments made by Ajay Kumar's counsel Lynn Coyle and Christopher Benoit and issued its ruling.[2] Thus, this order resolved the limited purpose for which they were appointed.[3]

Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that the Clerk of Court is **INSTRUCTED** to remove Lynn Coyle and Christopher Benoit as attorneys of record for Ajay Kumar.

2. It is **FURTHER ORDERED** that Lynn Coyle and Christopher Benoit **SHALL** submit a voucher to the court in accordance with the "Amended Plan for the Payment of Attorney's Fees and Reimbursement of Expenses in Civil Cases" (amended May 5, 2011).[4] Fees (including expert fees, if any) and expenses shall not exceed $3,500.

**SO ORDERED.**

SIGNED this __17__ day of **September, 2019.**

_____
FRANK MONTALVO
**UNITED STATES DISTRICT JUDGE**

---

[1] "Memorandum Opinion and Order on Supplemental Emergency Motion for Authorization for Non-Consensual Feeding," ECF No. 32, entered Sept. 12, 2019.

[2] *Id.*

[3] "Memorandum Opinion and Order Appointing Counsel," ECF No. 11-1, entered Aug. 13, 2019.

[4] "Amended Plan for the Payment of Attorney's Fees and Reimbursement of Expenses in Civil Cases," https://www.txwd.uscourts.gov/?mdocs-file=2410.

1