## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| AJAY KUMAR | § § | Civil Action No. EP-19–MC-00205-FM |

### ENTRY OF APPEARANCE AS COUNSEL FOR AJAY KUMAR

COMES NOW, Respondent, and announces that **Lynn Coyle** and **Christopher Benoit**, attorneys admitted and authorized to practice in the United States District Court for the Western District of Texas, make their appearance as counsel for the Respondent in the above matter. On August 13, 2019, this Court originally entered an order appointing Ms. Coyle and Mr. Benoit as counsel for a limited purpose. [Doc. 11-1]. Having ruled on the issues for which the limited appointment was entered, on September 17, 2019, the Court removed Respondent's appointed counsel in this matter. [Doc. 33]. Respondent has now retained the services of Ms. Coyle and Mr. Benoit in connection with this on-going legal matter and, for this reason, now files this entry of appearance.

Respectfully submitted,

THE LAW OFFICE OF LYNN COYLE, PLLC
2515 North Stanton Street
El Paso, Texas 79902
(915) 532-5544
Fax (915) 532-5566

By:   */s/ Lynn Coyle*
**LYNN COYLE**
lynn@coylefirm.com
Texas Bar No. 24050049
**CHRISTOPHER BENOIT**
chris@coylefirm.com
Texas Bar No. 24068653

## CERTIFICATE OF SERVICE

      I hereby certify that on **September 19, 2019** I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                  */s/ Lynn Coyle*
                                  **LYNN COYLE**