# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AJAY KUMAR | § | EP-19-MC-00205-FM |
| | § | |

## ADVISORY TO THE COURT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Movant, United States of America, by and through the United States Attorney for the Western District of Texas, and hereby respectfully files this Advisory to the Court and would respectfully show the Court as follows:

1. On September 12, 2019, this Court entered its Memorandum Opinion and Order on Supplemental Emergency Motion for Authorization for Non-Consensual Feeding. ECF No. 32. Therein, the Court found:

> "[t]he state's interest in preventing the death of an individual in its custody is paramount. The Supreme Court clearly held neither the Fifth nor Fourteenth Amendments support the due process right to commit suicide. Thus, allowing Respondent to starve himself to death would violate the obligation the United States owes as a custodian."

*Id*. at p. 12 (footnotes omitted). This Court went on to find "the least intrusive medical course of action that will fulfill the state's obligation to keep Respondent alive is to allow nasogastric feeding to continue pursuant to the court's previous order. *Id*. at p. 17 (footnotes omitted).

2. In that Memorandum Opinion and Order, the Court also requested bi-weekly updates on Respondent's condition. *Id*. at p. 21. Due to recent developments, Movant is filing this Advisory to provide information related to Mr. Kumar's temporary transfer to an outside facility. Movant anticipates filing another Advisory next week to provide additional information regarding his current condition.

3. The undersigned has been advised that on September 16, 2019, Respondent was transferred from ICE's medical facility at the SPC to the El Paso Long-Term Acute Care Hospital ("LTAC"), pursuant to an agreement with ICE.

4. On September 17, 2019, after being advised that LTAC would seek court authority to insert a nasogastric ("NG") tube to provide Respondent nutrients, Respondent agreed to have a NG tube inserted. Respondent was presented a consent form authorizing insertion of the NG tube, but he declined to sign it. However, his verbal consent was witnessed by LTAC personnel.

5. On September 17, 2019, at Respondent's request, the NG tube was removed.

6. To the best of Movant's knowledge, all communications between Respondent and LTAC personnel were conducted in English, without the use of an interpreter.

7. It is the understanding of the undersigned counsel that the ICE physician recommended to ICE Enforcement and Removal Operations (ERO) that Respondent be transferred back to the SPC so she could monitor his condition while ICE ERO considers his release.

8. On September 18, 2019 Respondent was transferred back to the ICE SPC.

9. Movant further advises the Court that as of this filing, ERO has not yet determined whether it will exercise its discretion to release Respondent from detention.

10. Respondent remains on his hunger strike.

11. The information provided above is based on the best information undersigned counsel has been able to obtain to date. Undersigned counsel is in the process of obtaining declarations to confirm the information provided. Movant anticipates filing another Advisory once it has been able to confirm this information and to provide an update as to Respondent's health condition by no later than Thursday, September 26, 2019.

Respectfully submitted,

**JOHN F. BASH**
UNITED STATES ATTORNEY

/s/ Manuel Romero
**MANUEL ROMERO**
Assistant United States Attorney
Texas State Bar No. 24041817
Email: manuel.romero@usdoj.gov
**ANGELICA A. SAENZ**
Assistant United States Attorney
Texas State Bar No. 24046785
Email: angelica.saenz@usdoj.gov
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6884
Facsimile: (915) 534-3490
*Attorneys for United States*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 20th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants email to: Lynn Coyle and Christopher Benoit, Law Office of Lynn Coyle, P.L.L.C., *Attorneys for Respondent.*

/s/ Manuel Romero
**MANUEL ROMERO**
Assistant United States Attorney