# EXHIBIT 1

**Form I-216**
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
(Rev.04/26/11)

*Manifest No.* 4510975 (page 1 of 1)

**Transfer Date:** 09/26/19

# RECORD OF PERSONS TRANSFERRED

**FROM:** EL PASO SPC (IHSC) **VIA (1)** ______ **TO:** ISAP **MODE:** ______
**Origin FO:** EL PASO PROCESSING CENTER, DCO **VIA (2)** ______ **Dest. FO:** ______ **Other:** ______

| File No. | Name of Person | | DOB | Nationality | Status (1) | Sex | Criminal History | Gang Membership | Class. Level | Fins # | Subject ID | Comments (2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAST | FIRST | | | | | | | | | | |
| A215814283 | KUMAR | AJAY | 10/13/85 | INDIA | 8G | M | NC | N | LO | [redacted] | 362143893 | |
| | OREC release. Please transport to ISAP at 1100 am. | | | | | | [redacted] | | | | | |

*I certify compliance with all ICE Detention and Transfer Standards and ICE Air Boarding Requirements for this ICE Air/Charter movement.*

Name and Title: Office: Contact Number(s):

(1) - Show whether transfer or removal. For transfers show whether NTA or Final Order (F/O)

(2) - Show medical conditions, high risk, flight risk, epileptic, insane, etc.

Use a separate line for each person transferred.
This form is to be executed in sufficient number of copies to allow receiving officer to retain one copy of his personal expense voucher and two additional copies for station of final delivery.

Received the above listed persons [redacted]

Signature:

Title:

Place and Date:

**ORDER TO Release ALIEN**

***Manifest No.*** 510975 (page 1 of 1)

TO:

NAME OF FACILITY:

Please detain or release the following
**Release/OREC**

Nature of Proceedings
**REMOVAL**

| NAME | | POUCH NO. | AGE | SEX | NATIONALITY | BIRTHDATE Month/Date/Year | ALIEN NUMBER | CLS CODE | PREVIOUS Criminal History | FINS NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| KUMAR | AJAY | 8G | 33 | M | INDIA | 10/13/1985 | A215814283 | LO | NC | [redacted] |

C/O Margaret Brown
[redacted]

[redacted]

FINGERPRINTS ____________ . **AM** PHOTO _______.

| Signature Detention Officer, Sheriff, etc. (Receiving Officer) | Date 9/26/2019 | Signature of Officer Directing Action | Date **9/26/2019** |
|---|---|---|---|
| | | Titl[redacted] | Station |

Form 1-203 Phila. DEPARTMENT OF HOMELAND SECURITY- US IMMIGRATION AND CUSTOMS ENFORCEMENT