# EXHIBIT 2

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT

U.S. Department of Justice

TB Clearance ☒ Yes ☐ No

1) PPD Completed: ______ Date

Results: ______

2) CXR Completed: 7/18/19 Date

Neg per transfer summary

3) Health Authority Clearance: yes

Sign ______ Date ______

Note: Dates listed above must be within one year of this transfer.

## I. PRISONER/ALIEN

Name: KUMAR, AJAY

Prisoner/Alien Reg. #: 215-814-283

D.O.B: 10/13/1985

Departed From: El Paso SPC

Date Departed: 9/26/19

Destination: ______

Reason for Transfer: Non-Medical

Dist. Name: ______

Dist. #: ______

Date in Custody: ______

## II. Current Medical Problems

1. ______
2. Post self imposed
3. starvation
4. BMI < 19
5. Self Induced.
6. ______

| | | | Medication Required For Care En Route | |
|---|---|---|---|---|
| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
| NONE | | | | |

COPY

Additional Comments: Universal Precautions

Please see attached latest labs. Please follow up with PCP status post self imposed starvation.

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR? ☒ Yes ☐ No If no, Why not?

Is prisoner medically able to travel by airplane? ☒ Yes ☐ No If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination? ☒ Yes ☐ No If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status? ☐ Yes ☒ No If yes, state reason:

Does prisoner require any medical equipment while in transport status? ☐ Yes ☒ No If yes, What equipment?

Sign & Print Name- Certifying Health Authority: [redacted]

Phone Number: (915) 225-0771

Date Signed: 9/26/19

Original—Upon Transfer

Form USM-553